### 21299.   SMITH *v.* THE STATE.

BLOODWORTH, J.   1. The amendment to the motion for a new trial is not unqualifiedly approved by the trial judge, and can not be considered by this court.

2. The verdict being supported by ample evidence and approved by the trial judge, this court will not disturb it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1931.

*W. H. White, W. W. Larsen Jr., C. C. Crockett,* for plaintiff in error.

*J. A. Merrill, solicitor,* contra.

### 21302.   STEWART *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and there is no merit in the single special ground of the motion for a new trial, which is merely an elaboration of the general grounds. The court's refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 14, 1931.

*Smith & Ferguson,* for plaintiff in error.

*R. S. Foy, solicitor-general, J. S. Ridgdill,* contra.